**Electronically Filed
Supreme Court
SCPW-19-0000419
16-FEB-2022
09:00 AM
Dkt. 29 ODMR**

SCPW-19-0000419

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

JANE J. P. LIU, Petitioner,

vs.

DEPARTMENT OF HEALTH, STATE OF HAWAI‘I, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION/CLARIFICATION OF ORDER
DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

On February 10, 2022, the appellate clerks' office received a letter from petitioner Jane J. P. Liu asking this court to clarify the February 3, 2022 order denying petition for writ of mandamus; specifically, whether petitioner should "return back to the Hawaii State Department of Health for redressing the wrong by issuing a new death certificate." The letter was filed as a motion for reconsideration. Upon consideration of the motion, this court is unable to provide petitioner legal advice as to her requested course of action. Accordingly,

It is ordered that the motion is denied.

DATED: Honolulu, Hawai‘i, February 16, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins